**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| JOHN CLARK, | ) |
| Plaintiff, | ) Case No. 1:24-cv-00283-CFC |
| v. | ) |
| PGT INNOVATIONS, INC., RODNEY HERSHBERGER, SHEREE BARGABOS, XAVIER BOZA, ALEXANDER R. CASTALDI, RICHARD D. FEINTUCH, JEFFREY T. JACKSON, BRETT N. MILGRIM, WILLIAM J. MORGAN, FRANCES POWELL HAWES, FLOYD F. SHERMAN, and CHRIS J. STEPHENS JR., | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 17, 2024                              **LONG LAW, LLC**

By:   */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*